UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
ROBERT BROWN and THE ESTATE OF BOBBI    )
KRISTINA BROWN                                                        )
            Plaintiffs                                                       )  Action No.
v.                                                                                       )  18-CV-11078-CM
                                                                                          )
SHOWTIME NETWORKS, INC.,                                 )
BRITISH BROADCASTING CORPORATION, ) CLERK'S CERTIFICATE
PASSION PICTURES CORP, TRACEY BAKER- ) OF DEFAUILT
SIMMONS, WANDA SHELLEY,  B2                      )
ENTERTAINMENT LLC and  SIMMONS SHELLEY  )
ENTERTAINMENT, LLC                                          )
            Defendants                                                  )
_____)


      **I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on with the filing of a summons and complaint on 11-26-18, a copy of the summons and complaint was served on defendants  TRACEY BAKER-SIMMONS AND WANDA SHELLEY,  on 12-8-18 by personally serving,  Leshondria Haney and** *proof of service was therefore filed on 12-21-18, Docket  # 19 and 20.*


      **I further certify that the docket entries indicate that the defendants has not filed an answer or otherwise moved with respect to the complaint herein in a manner. The default of the defendant(s) is/are hereby noted.**


**Dated: New York, New York**
**January __, 2019**


                       RUBY J. KRAJICK
                      **Clerk of Court**
                      **By:**
                      _____
                      **Deputy Clerk**