**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT BROWN and THE ESTATE OF BOBBI KRISTINA BROWN<br>　　　　　　Plaintiffs<br>v.<br><br>SHOWTIME NETWORKS, INC.,<br>BRITISH BROADCASTING CORPORATION,<br>PASSION PICTURES CORP, TRACEY BAKER-SIMMONS, WANDA SHELLEY, B2 ENTERTAINMENT LLC and SIMMONS SHELLEY ENTERTAINMENT, LLC<br>　　　　　　Defendants | Action No.<br>18-CV-11078 |

**MOTION FOR ALTERNATIVE SERVICE OF PROCESS FOR B2 ENTERTAINMENT LLC AND SIMMONS SHELLEY ENTERTAINMENT LLC**

1. Plaintiffs' request to engage in alternative service of B2 Entertainment LLC ("B2") and Simmons Shelley Entertainment LLC ("SSE"). B2 is a dissolved Georgia entity and SSE is an active Georgia entity.

2. B2 and SSE are entities that has received on-screen credit as providing footage for the film "Can I Be Me" which was distributed in theaters in 2017. See Exhibit B To the Complaint filed in this ligation. The footage contained images of the Plaintiffs.

3. Defendants Wanda Shelley ("Shelley") and Tracey Baker Simmons ("Simmons") are the principals of B2 and SSE.

4. SSE has an address of 4340 Glen Vista Court, Duluth, GA 30097 identified with the Georgia Secretary of State's Office. Simmons is the registered agent of SSE. See Exhibit A to this Motion.

5. Shelley and Simmons were served in their individual capacity on December 8, 2018.

Handwritten endorsement: 1/2/2019 — Motion granted to authorize service of P2 + [illegible] service on [illegible] Georgia Sec of State + US Posting [illegible] at Duluth Georgia address. Do Both. Colleen McMahon

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/19

1

6. Since December 8, 2018, the occupants of 4340 Glen Vista Court, Duluth, GA 30097, no longer answer the door.

7. Affidavits of Due Diligence indicating an attempt to serve B2 and SSE are attached as Exhibit B to this Motion.

8. Plaintiffs' request a Court Order indicating that Plaintiffs can serve B2 and SSE in one of two manners. (1) Posting service at the registered address with certified mail to B2 & SSE at 4340 Glen Vista Court, Duluth, GA 30097 or (2) service on the Georgia Secretary of State Office with certified mail to B2 and SSE at 4340 Glen Vista Court, Duluth, GA 30097.

ROBERT BROWN and THE
ESTATE OF BOBBI KRISTINA BROWN
By Their Attorneys,

Christopher Brown
CB3465
Brown & Rosen LLC
Attorneys At Law
100 State Street, Suite 900
Boston, MA 02109
617-728-9111 (T)
Dated: December 21, 2018cbrown@brownrosen.com

2