UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*1/9/2019*

| | |
|---|---|
| ROBERT BROWN and THE ESTATE OF BOBBI KRISTINA BROWN<br><br>          Plaintiffs<br>v.<br><br>SHOWTIME NETWORKS, INC.,<br>BRITISH BROADCASTING CORPORATION,<br>PASSION PICTURES CORP, TRACEY BAKER-SIMMONS, WANDA SHELLEY, B2 ENTERTAINMENT LLC and  SIMMONS SHELLEY ENTERTAINMENT, LLC<br>          Defendants | )<br>)<br>)<br>) Action No.<br>)  18-CV-11078-CM<br>)<br>)<br>)<br>) CLERK'S CERTIFICATE<br>) OF DEFAUILT<br>)<br>)<br>)<br>)<br>)<br>) |

   I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern

District of New York, do hereby certify that this action was commenced on with the filing of a

summons and complaint on 11-26-18, a copy of the summons and complaint was served on

defendants  TRACEY BAKER-SIMMONS AND WANDA SHELLEY,  on 12-8-18 by

personally serving,  Leshondria Haney and *proof of service was therefore filed on 12-21-18,*

*Docket  # 19 and 20.*


   I further certify that the docket entries indicate that the defendants has not filed an

answer or otherwise moved with respect to the complaint herein in a manner. The default of the

defendant(s) is/are hereby noted.


Dated: New York, New York
January 9, 2019


                         **RUBY J. KRAJICK**
                         **Clerk of Court**
                         **By:**

                         **Deputy Clerk**