UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROBERT BROWN and THE ESTATE OF BOBBI
KRISTINA BROWN

      Plaintiff's,                                      Index No. 1:18 CV-11078-CM

            -against-

SHOWTIME NETWORKS, INC., BRITISH        **CONSENT TO CHANGE**
BROADCASTING CORPORATION, PASSION      **ATTORNEY**
PICTURES CORP, TRACEY BAKER-SIMMONS,
WANDA SHELLEY, B2 ENTERTAINMENT LLC
and SIMMONS SHELLEY ENTERTAINMENT, LLC

                                 Defendants.
-----------------------------------------------------------------X

      IT IS HEREBY CONSENTED by the defendants Tracey Baker-Simmons, Wanda Shelley, B2 Entertainment LLC and Simmons Shelley Entertainment, LLC that both James L. Walker, Jr., Esq. of J. Walker & Associates, LLC, of 3421 Main Street, Atlanta, GA 30337 and Lamont R. Bailey, Esq. of Bailey & Bailey, LLC, of 186-17 Merrick Boulevard, Springfield Gardens, NY 11413, be removed as attorneys of record for the undersigned parties in the above-entitled action as of the date hereof and that the said defendants, Tracey Baker-Simmons, Wanda Shelley, B2 Entertainment LLC and Simmons Shelley Entertainment, LLC will be respectively submit substituted counsel in the aforementioned attorneys or serve as pro se defendants.

      IT IS UNDERSTOOD BY SAID DEFENDANTS AS FOLLOWS:

      a. Tracey Baker-Simmons, Wanda Shelley, B2 Entertainment LLC, and Simmons Shelley Entertainment LLC or new counsel shall have the burden of keeping the Court informed of their current address for the service of notices, pleadings, or other papers;

    b.  Tracey Baker-Simmons, Wanda Shelley, B2 Entertainment LLC, and Simmons Shelley Entertainment LLC or have the obligation to prepare to go forward with their respective cases or to hire other counsel to handle their cases; and

    c.  If Tracey Baker-Simmons, Wanda Shelley, B2 Entertainment LLC, and Simmons Shelley Entertainment LLC fails or refuses to meet these obligations, they may suffer adverse consequences including the entry of judgment against them.

The defendants Tracey Baker-Simmons, Wanda Shelley, B2 Entertainment LLC and Simmons Shelley Entertainment, LLC have communicated with counsel James L. Walker, Jr. below and hereby consent to the entry of an order approving the withdrawal of the said attorneys and/or their substitution herein.

Dated: April 2, 2019

| /s/ Lamont R. Bailey | /s/ James. L. Walker, Jr. |
|---|---|
| Lamont R. Bailey, Esq. | James L. Walker, Jr., Esq. |
| Bailey & Bailey, LLC | J. Walker & Associates, LLC |
| 186-17 Merrick Boulevard | 3421 Main Street |
| Springfield Gdns., NY 11413 | Atlanta, GA 30337 |
| 718-701-5915 | (770)-847-7363 |
| lbailey@bblawny.com | jjwalker@walkerandassoc.com |