UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

---------------------------------------------------------------x

ROBERT BROWN and THE ESTATE OF
BOBBI KRISTINA BROWN

        Plaintiffs,

v.

SHOWTIME NETWORKS, INC., BRITISH
BROADCASTING CORPORATION, PASSION
PICTURES CORP. TRACEY BAKER-
SIMMONS, WANDA SHELLEY, B2
ENTERTAINMENT, LLC, and SIMMONS
SHELLEY ENTERTAINMENT, LLC

        Defendants.

---------------------------------------------------------------x

Case No.: 1:18-cv- 011078-CM

ECF Case

## SUPPLEMENTAL DECLARATION OF CLIVE ILLENDEN

I, CLIVE ILLENDEN, declare under 28 U.S.C. § 1746, as follows:

1. I am commercial and business affairs manager for defendant British Broadcasting Corporation ("BBC") and have worked for BBC since 2006. I am familiar with the facts herein and make this declaration from my own personal knowledge.

2. BBC America is a television channel that is jointly owned by BBC Studios and AMC Networks. As I previously testified, BBC Studios is a commercial subsidiary of BBC, and it was not involved in the production or distribution of the documentary *Whitney. "Can I Be Me."*

3. BBC World News is a television channel that is owned and operated by BBC Global News Ltd, a commercial subsidiary of BBC. BBC Global News Ltd was not involved in the production or distribution of the documentary *Whitney. "Can I Be Me."*

1

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 14 day of May 2019.

_____
Clive Illenden

2

4840-5452-6870v.1 0106763-000004