UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ROBERT BROWN and THE ESTATE OF BOBBI KRISTINA BROWN,

                      Plaintiffs,

      -against-

SHOWTIME NETWORKS, INC., BRITISH BROADCASTING CORPORATION, PASSION PICTURES CORP., TRACEY BAKER-SIMMONS, WANDA SHELLEY, B2 ENTERTAINMENT, LLC, and SIMMONS SHELLEY ENTERTAINMENT, LLC,

                      Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/5/19

18 CIVIL 11078 (CM)(JLC)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated August 2, 2019, BBC's motion to dismiss is granted. Defendants' motion to dismiss is granted in part and denied in part. However, because the only federal claim in the Complaint is dismissed, the Court declines to exercise supplemental jurisdiction over the counts that remain; accordingly, the case is closed.

**Dated:** New York, New York
         August 5, 2019

                                      RUBY J. KRAJICK
                                        Clerk of Court
                       BY:
                                          Deputy Clerk